# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MINNIE M. COULTER,**
**d/b/a Coulter's Liquor**                                                       **PLAINTIFF**

v.                    No. 4:13-cv-671-DPM

**JOE GRIFFIN, Third Division, Circuit**
**Judge of Miller County, Arkansas; SEAN F.**
**ROMMEL; KIRK D. JOHNSON; FIRST DATA**
**MERCHANT SERVICES; and TELECHECK**
**SERVICE INC.**                                             **DEFENDANTS**

## ORDER

Plaintiff Coulter has removed her case, which was pending in the Arkansas Court of Appeals. № 2. She may not do this for several reasons. Perhaps most importantly, the right of removal now belongs only to "the defendant or the defendants. . . ." 28 U.S.C. § 1441(a); *see generally*, *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 104–06 (1941) (history and changing terms of the removal statute). Motion, № 1, denied as moot. Case remanded. The Clerk shall send a certified copy of this Order to Leslie Steen, the Clerk of the Arkansas Supreme Court and the Arkansas Court of Appeals, and a copy to all persons listed in Coulter's certificate of service, № 2 at 11.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 December 2013